IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JAMES MCDADE | § | |
| VS. | § | CIVIL ACTION NO. 5:08-CV-138 |
| KEITH ROY | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable T. John Ward, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**.

All motions not previously ruled on are hereby **DENIED**.

SIGNED this 7th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE